908 P.2d 483

**STATE of Arizona**

v.

**Mark Anthony ROBLES.**

**No. CR–95–0358–PR.**

Supreme Court of Arizona.

Dec. 19, 1995.

ORDERED: Petition for Review DE-NIED.